IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKE COUNTY PLASTERERS AND CEMENT MASONS FRINGE BENEFIT FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION<br><br>NO. 06 C 5037 |
| vs. | ) ) | JUDGE HARRY D. LEINENWEBER |
| BOUIE CONSTRUCTION, INC., a corporation, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, BOUIE CONSTRUCTION, INC., a corporation, in the total amount of $44,307.89, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,673.75.

On September 21, 2006, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 11, 2006. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

## CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 11th day of January 2007:

        Mr. William T. Kaplan, Registered Agent
        Bouie Construction, Inc.
        Dykema Gossett, LLC
        111 N. Ottawa Street
        PO Box 943
        Joliet, IL   60434-0943

        /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\362J\Bouie Construction\motion for default judgment 2.pnr.df.wpd